NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Jonathan Beacher
PO Box 98
Seattle, WA 98111
Tel: (425) 523-7550
Email: jonbeacher@gmail.com

ATTORNEY(S) FOR: Plaintiff in Pro Se

FILED

2026 AUG 13 AM 11:04

CLERK U.S. DIST. COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: Org

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JONATHAN BEACHER

Plaintiff(s),

v.

DOMUSO, INC.

Defendant(s)

CASE NUMBER:

2:26-CV-09014-AH-PVCx

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Jonathan Beacher, Plaintiff in Pro Se or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jonathan Beacher | Plaintiff |
| Domuso, Inc. | Defendant |

AUGUST 13, 2026
Date

Jonathan Beacher
Signature

Attorney of record for (or name of party appearing in pro per):

Jonathan Beacher, Plaintiff in Pro Se