**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BEACHER<br>PLAINTIFF(S)<br>v.<br>DOMUSO, INC.<br>DEFENDANT(S). | CASE NUMBER:<br>2:26−cv−09014−AH−PVC<br>**NOTICE OF RESOURCES FOR PRO SE LITIGANTS** |

Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. *Pro se* litigants are required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedures. See C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, https://www.cacd.uscourts.gov/court−procedures/local−rules.

**Option for Submitting Documents Electronically:** *Pro se* litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office. Only internet access and an e-mail address are required. Documents are submitted in PDF format through an online portal on the Court's website. To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

**Option for Electronic Service of Court Documents:** All court documents for *pro se* litigants are served in paper format via U.S. Mail. However, if you have a PACER account and are a party in a pending case in the Central District of California, you can choose to receive automatic email notifications of new filings if you are representing yourself and not incarcerated; registration is optional, and opting for electronic service means you will no longer receive paper copies. In addition, if you choose to opt-in to electronic service, please be advised that you will only be able to access your document ONE TIME for free. Therefore, you must download or print the document the first time you view it as you will be charged for accessing the document a second or subsequent time. For more information, visit the Court's website at https://www.cacd.uscourts.gov/e−filing/electronic−filing−and−case−access−people−without−lawyers.

**Information and Guidance on Civil Litigation:** The Court cannot provide legal advice to any party, including *pro se* litigants, but there are free "*Pro Se Clinics*" that can provide information and guidance about many aspects of civil litigation in this Court. These *Pro Se* Clinics are operated by private nonprofits and are not affiliated with the Court. Please see the information below on how to contact the clinics and how to access the resources they have

available.

**Los Angeles**

Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located in Suite 170 at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, California, 90012. *Pro se* litigants can call or submit an on-line application to request services as follows: on-line applications can be submitted at https://www.publiccounsel.org/services/federal−court/ or call (213) 385-2977, ext. 270. The Clinic is also open for in-person consultations on a first come basis on Wednesdays from 10:00 a.m. to 12:00 p.m. and 1:00 p.m. to 3:00 p.m., and offers virtual walk-in consultations on a first come basis on Thursdays, from 1:00 p.m. to 2:30 p.m. More information about the Clinic's services may be found at https://prose.cacd.uscourts.gov/los−angeles or https://publiccounsel.org/services/federal−court/.

**Orange County**

The Public Law Center runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Santa Ana, California in Room 1055. Note that the Clinic is open twice a week on a hybrid schedule. *Pro se* litigants may call to request an appointment at (714) 541-1010, ext. 222; walk-in appointments may be available on Thursdays from 10:00 a.m. to 12:00 p.m. and 1:30 pm to 3:30 p.m. More information may be found by visiting https://prose.cacd.uscourts.gov/santa−ana and https://www.publiclawcenter..org/clinics/#federal−pro−se

**Riverside**

The Public Service Law Corporation runs a free Federal *Pro Se* Clinic at the Riverside federal courthouse where *pro se* litigants can get information and guidance. The clinic is located in the 1st floor Clerk's Office of the George E. Brown Federal Building, 3420 12th Street, Riverside, California 92501 (note that the clinic is open for in-person appointments on a first come basis Tuesdays and Thursdays from 9:00 a.m. to 3:00 p.m. until further notice). For more information *pro se* litigants may call (951) 682-7968 or they may visit the *Pro Se* Home Page at https://prose.cacd.uscourts.gov/riverside.

**Law Library Access**

The LA Law Library, located across the street from the Felicitas and Gonzalo Mendez United States Courthouse at 301 W. First Street, Los Angeles, CA 90012, also has extensive resources for *pro se* litigants, including those in federal court. The LA Law Library provides the assistance of research librarians as well as access to computers for research. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513.

The Orange County Public Law Library, located at 515 N. Flower St., Santa Ana, CA 92703, also extensive resources for *pro se* litigants, including those in federal court. The OC Law Library provides the assistance of research librarians as well as access to computers for research. The OC Law Library can be reached via telephone at (714) 834-3397. For more information, visit the OC Law Library's website at www.ocpll.org.