# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Beacher,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Domuso, Inc.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV 26-9014-AH(PVCx)<br><br>**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by PLAINTIFF JONATHAN BEACHER is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: August 20, 2026

[signature]

United States District/Magistrate Judge

---

☐ DENIED

*Comments:*

Dated: ______________

______________________________

United States District/Magistrate Judge