Jonathan Beacher
jonbeacher@gmail.com
PO Box 98
Seattle, WA 98111
Tel: (425) 523-7550
Fax: (425) 903-3975
Plaintiff in Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JONATHAN BEACHER, | ) | Case No.: 2:26-cv-09014-AH-PVCx |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR CLERK TO ENTER** |
| | ) | **DEFAULT AGAINST DEFENDANT** |
| vs. | ) | **DOMUSO, INC.** |
| | ) | |
| DOMUSO, INC., | ) | [Fed. R. Civ. P. 55(a)] |
| | ) | |
| Defendant. | ) | [No Hearing Required] |

TO THE CLERK OF THE COURT:

Plaintiff Jonathan Beacher, appearing in pro se, respectfully requests that the Clerk enter default against Defendant Domuso, Inc. pursuant to Federal Rule of Civil Procedure 55(a), on the following grounds:

1. Plaintiff filed the Complaint in this action on August 13, 2026.

2. Default is sought against Defendant Domuso, Inc., a Delaware corporation.

3. Defendant Domuso, Inc. was served with the Summons and Complaint on August 17, 2026, at 9:14 a.m., by personal service upon CT Corporation System, Defendant's registered agent for service of process, at 330 N Brand Blvd, Suite 700, Glendale, California 91203-2336, by Andranik Galstyan, a registered California process server (Registration No. 2025151860, County of Los Angeles).

4. Proof of service of the Summons and Complaint was filed with this Court on September 9, 2026, as Docket No. 11. A conformed copy of the executed proof of service is attached as Exhibit A.

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to answer or otherwise respond to the Complaint was twenty-one (21) days after service, which fell on September 7, 2026. Because September 7, 2026 was Labor Day, a legal holiday, the deadline was extended to the next day that is not a Saturday, Sunday, or legal holiday pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), namely September 8, 2026.

6. No answer or other responsive pleading has been filed or served by Defendant, and no attorney has appeared on Defendant's behalf in this action.

7. Defendant Domuso, Inc. is a corporation and is therefore neither a minor nor an incompetent person, and is not in the military service of the United States

within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. section 3931.

8. Defendant has not requested, and Plaintiff has not granted, any extension of time within which to respond to the Complaint.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Domuso, Inc.

Dated: September 9, 2026

Respectfully submitted,

Jonathan Beacher

Jonathan Beacher
Plaintiff in Pro Se