**DECLARATION OF JONATHAN BEACHER REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE**

[Standing Order for Civil Cases Assigned to Judge Anne Hwang, Section E.5]

I, Jonathan Beacher, declare as follows:

1. I am the Plaintiff in this action and appear in pro se. I submit this declaration pursuant to Section E.5 of the Standing Order for Civil Cases Assigned to Judge Anne Hwang.

2. I used a generative artificial intelligence tool to assist in drafting portions of the accompanying REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT DOMUSO, INC. and DECLARATION OF JONATHAN BEACHER IN SUPPORT THEREOF.

3. I have reviewed the source material underlying those documents, including Federal Rules of Civil Procedure 6, 12, and 55, the Servicemembers Civil Relief Act, 50 U.S.C. section 3931, the docket in this action, and the executed proof of service of the Summons and Complaint.

4. I have verified that the content of those documents is accurate, that every factual statement in them is true to the best of my knowledge, information, and belief, and that every citation in them is to authority that exists and states what the documents represent it to state.

5. I certify that those documents comply with my obligations under Federal Rule of Civil Procedure 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2026.

Jonathan Beacher

Plaintiff in Pro Se