**DECLARATION OF JONATHAN BEACHER IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT**

I, Jonathan Beacher, declare as follows:

1. I am the Plaintiff in this action and appear in pro se. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I filed the Complaint in this action on August 13, 2026.

3. On August 17, 2026, at 9:14 a.m., Defendant Domuso, Inc. was served with the Summons and Complaint by personal service upon CT Corporation System, Defendant's registered agent for service of process, at 330 N Brand Blvd, Suite 700, Glendale, California 91203-2336. Service was effected by Andranik Galstyan, a registered California process server, and the documents were delivered to an intake specialist authorized to receive legal documents on behalf of the registered agent.

4. Proof of service of the Summons and Complaint was filed with this Court on September 9, 2026, as Docket No. 11. A true and correct conformed copy of the executed proof of service is attached hereto as Exhibit A.

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to answer or otherwise respond to the Complaint fell on September 7, 2026. Because that date was Labor Day, a legal holiday, the deadline was extended under Federal Rule of Civil Procedure 6(a)(1)(C) to September 8, 2026.

6. On September 9, 2026, I reviewed the docket in this action. As of that date, no answer, motion, or other responsive pleading had been filed by or on behalf of Defendant Domuso, Inc., and no attorney had appeared on its behalf. I have not been served with any answer, motion, or other responsive pleading by Defendant.

7. Defendant Domuso, Inc. is a Delaware corporation. It is therefore neither a minor nor an incompetent person, and it is not in the military service of the United States within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. section 3931.

8. Defendant has not requested, and I have not granted, any extension of time within which to respond to the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2026.

Jonathan Beacher
Plaintiff in Pro Se