UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-09014-AH-PVCx | Date | September 15, 2026 |
| Title | *Jonathan Beacher v. Domuso, Inc.* | | |

Present: The Honorable Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER SETTING ASIDE ENTRY OF DEFAULT (DKT. NO. 15)**

On September 9, 2026, Plaintiff Jonathan Beacher ("Plaintiff") requested that the Clerk enter default against Defendant Domuso, Inc. ("Defendant"). Dkt. No. 12. On September 10, 2026, the Clerk entered default against Defendant. Dkt. No. 15. On the same day, Defendant filed its Answer. Dkt. No. 16.

"A district court may set aside entries of default *sua sponte*." *See, e.g.*, *Neal v. Gooding*, 2026 WL 2001208, at *1 (C.D. Cal. June 8, 2026); *see also* Fed. R. Civ. P 55(c) ("The court may set aside an entry of default for good cause."). Defendant has filed an Answer, "signaling [its] intent to defend against Plaintiff's claims." *See Neal*, 2026 WL 2001208, at *1. Accordingly, the Court sets aside the entry of default.

**IT IS SO ORDERED.**