NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
KAUFMAN DOLOWICH LLP
Katherine S. Catlos (SBN 184227)
Tiffany Schneider (SBN 323833)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600 / Facsimile: (415) 926-7601
Email: kcatlos@kaufmandolowich.com
tiffany.schneider@kaufmandolowich.com

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN BEACHER,

Plaintiff(s),

v.

DOMUSO, INC.

Defendant(s)

CASE NUMBER:

2:26-cv-09014-AH-PVC

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Domuso, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Jonathan Beacher | Plaintiff |
| Domuso, Inc. | Defendant |

October 1, 2026
Date

/s/ Katherine S. Catlos
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Domuso, Inc.