**KAUFMAN DOLOWICH LLP**
Katherine S. Catlos (SBN 184227)
Tiffany Schneider (SBN 323833)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:(415) 926-7600
Facsimile: (415) 926-7601
Emai: kcatlos@kaufmandolowich.com
tiffany.schneider@kaufmandolowich.com

Attorneys for Defendant DOMUSO, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BEACHER,<br>Plaintiff,<br>v.<br>DOMUSO, INC.,<br>Defendant. | Case No.: 2:26-cv-09014-AH-PVC<br><br>Action Filed: August 13, 2026<br><br>**DEFENDANT DOMUSO INC.'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(c); MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: December 2, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 9C, 9th Floor<br>Judge: Honorable Anne Hwang |

**TO THE COURT AND PLAINTIFF JONATHAN BEACHER:**

NOTICE IS HEREBY GIVEN THAT on December 2, 2026, at 1:30 p.m. before the Honorable Anne Hwang in Courtroom 9C of the United States District Court, Central

District, 350 W. 1st Street, Los Angeles, CA 90012, Defendant DOMUSO, INC. ("Defendant") will and hereby does move the Court for a Motion for Judgment on the Pleadings pursuant to Federal Rules of Civil Procedure, Rule 12(c). The operative Complaint alleges internal disagreements over quality-assurance testing and does not plausibly allege that Plaintiff engaged in activity protected by 12 U.S.C. § 5567(a), nor does it plausibly allege that the relevant termination decisionmakers knew of his confidential Consumer Financial Protection Bureau ("CFPB") submission. Unable to prove a "protected activity," Defendant moves for judgment on the pleadings without leave to amend.

This Motion is based on this Notice of Motion and Motion; accompanying Memorandum of Points and Authorities; the Declaration of Katherine S. Catlos; Proposed Order; the pleadings and papers filed in this action; and such further argument and matters as may be offered at the time of the hearing of this Motion.

Dated: October 22, 2026

**KAUFMAN DOLOWICH LLP**

By: /s/ *Katherine S. Catlos*
Katherine S. Catlos
Tiffany Schneider
Attorneys for Defendant
DOMUSO, INC.