**KAUFMAN DOLOWICH LLP**
Katherine S. Catlos (SBN 184227)
Tiffany Schneider (SBN 323833)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:(415) 926-7600
Facsimile: (415) 926-7601
Emai: kcatlos@kaufmandolowich.com
tiffany.schneider@kaufmandolowich.com

Attorneys for Defendant DOMUSO, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BEACHER,<br><br>Plaintiff,<br><br>v.<br><br>DOMUSO, INC.,<br><br>Defendant. | Case No.: 2:26-cv-09014-AH-PVC<br><br>Action Filed: August 13, 2026<br><br>**DECLARATION OF KATHERINE S. CATLOS DISCLOSING THE USE OF ARTIFICIAL INTELLIGENCE IN SUPPORT OF DEFENDANT DOMUSO INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(c)**<br><br>Date: December 2, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 9C, 9th Floor<br>Judge: Honorable Anne Hwang |

I, Katherine S. Catlos, Esq., declare as follows:

1. I am an attorney at law licensed to practice before this Court and I am a partner with Kaufman Dolowich LLP, attorneys of record for Defendant Domuso, Inc. in this action.

The facts set forth herein are known by me to be true, except for those facts specifically asserted on information and belief, which I believe to be true. If called upon to testify to the matters discussed herein, I could and would be competent to testify thereto. I submit this declaration in support of Defendant's Motion for Judgment on the Pleadings.

2. I have used Co-Pilot to generate a portion of the brief and I certify that I have reviewed the source material and verified that the artificially generated content is accurate and complies with the Rule 11 obligations.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this twenty-second day of October 2026, at Oakland, California.

Katherine S. Catlos