**KAUFMAN DOLOWICH LLP**
Katherine S. Catlos (SBN 184227)
Tiffany Schneider (SBN 323833)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:(415) 926-7600
Facsimile: (415) 926-7601
Email: kcatlos@kaufmandolowich.com
tiffany.schneider@kaufmandolowich.com

Attorneys for Defendant DOMUSO, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JONATHAN BEACHER,

Plaintiff,

v.

DOMUSO, INC.,

Defendant.

Case No.: 2:26-cv-09014-AH-PVC

Action Filed: August 13, 2026

**[PROPOSED] ORDER GRANTING DEFENDANT DOMUSO INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(c)**

Date: December 2, 2026
Time: 1:30 p.m.
Place: Courtroom 9C, 9th Floor
Judge: Honorable Anne Hwang

The above-entitled Defendant's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure ("FRCP") 12(c) came on for hearing before the Honorable Anne Hwang in Courtroom 9c of the above-entitled Court. All pleadings and papers on file in this case have been read an examined by the Court and the Court has heard argument from the parties, or their counsel, in oral arguments. For the reasons stated in the Memorandum of Points and Authorities filed by the Defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Defendants' Motion for Judgment on the Pleadings pursuant to FRCP 12(c) is hereby granted without leave to amend. The operative Complaint alleges internal disagreements over quality-assurance testing and does not plausibly allege that Plaintiff engaged in activity protected by 12 U.S.C. § 5567(a), nor does it plausibly allege that the relevant termination decisionmakers knew of his confidential Consumer Financial Protection Bureau ("CFPB") submission. Unable to prove a "protected activity," Plaintiff's Complaint fails as a matter of law.

**IT IS SO ORDERED.**

Dated: ________________

__________________________________________
HONORABLE ANNE HWANG
District Judge of the United States District Court
Central District of California