Jonathan Beacher
jonbeacher@gmail.com
PO Box 98
Seattle, WA 98111
Tel: (425) 523-7550
Plaintiff in Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BEACHER,<br><br>Plaintiff,<br><br>vs.<br><br>DOMUSO, INC.,<br><br>Defendant. | Case No.: 2:26-cv-09014-AH-PVC<br><br>**DECLARATION OF JONATHAN BEACHER REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE**<br><br>Hearing Date: December 2, 2026<br>Time: 1:30 p.m.<br>Courtroom: 9C<br>Judge: Hon. Anne Hwang |

I, Jonathan Beacher, declare as follows:

1. I am the Plaintiff in this action and appear in pro se. I submit this declaration pursuant to Section E.5 of the Standing Order for Civil Cases Assigned to Judge Anne Hwang (Dkt. 9), dated August 20, 2026.

2. I used a generative artificial intelligence tool to assist in drafting portions of the accompanying Opposition to Defendant's Motion for Judgment on the Pleadings, the [Proposed] Order lodged with it, and Plaintiff's Appendix of Unpublished and

Agency Authorities.

3. I have reviewed the source material underlying those documents, including the Complaint; Defendant's First Amended Answer (Dkt. 20); Defendant's motion papers (Dkt. 21); 12 U.S.C. §§ 5481, 5531, 5536, and 5567; 15 U.S.C. § 45(n); 18 U.S.C. § 1514A; 12 C.F.R. Part 1005; 29 C.F.R. § 1985.114; Federal Rules of Civil Procedure 9, 12, and 15; the Local Rules of this District; the Standing Order (Dkt. 9); the Consumer Financial Protection Bureau consent orders and circular cited in the Opposition; and every judicial and administrative decision cited in the Opposition, each of which I have read in full.

4. I have verified that the content of those documents is accurate, that every factual statement in them is true to the best of my knowledge, information, and belief, that every quotation is accurate, and that every citation is to authority that exists and states what the documents represent it to state.

5. I certify that those documents comply with my obligations under Federal Rule of Civil Procedure 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2026.

Jonathan Beacher

Jonathan Beacher
Plaintiff in Pro Se