Jonathan Beacher
jonbeacher@gmail.com
PO Box 98
Seattle, WA 98111
Tel: (425) 523-7550
Plaintiff in Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BEACHER,<br><br>Plaintiff,<br><br>vs.<br><br>DOMUSO, INC.,<br><br>Defendant. | Case No.: 2:26-cv-09014-AH-PVC<br><br>**PLAINTIFF'S APPENDIX OF UNPUBLISHED AND AGENCY AUTHORITIES; DECLARATION OF JONATHAN BEACHER**<br><br>Hearing Date: December 2, 2026<br>Time: 1:30 p.m.<br>Courtroom: 9C<br>Judge: Hon. Anne Hwang |

I, Jonathan Beacher, declare as follows:

1. I am the Plaintiff in this action and appear in pro se. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration and appendix in support of Plaintiff's Opposition to Defendant's Motion for Judgment on the Pleadings. Exhibits 1 through 3 are true and correct copies of excerpts of the Administrative Review Board decision and the two Bureau consent orders cited in the

Opposition, and Exhibits 4 and 5 are true and correct copies of the two district court orders it cites that are not published in a reporter. They are attached in the order in which the Opposition first cites them.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Decision and Order Reversing and Remanding of the Administrative Review Board in Van v. JP Morgan Chase & Co., ARB No. 2023-0018, ALJ No. 2022-SOX-00028 (ARB Nov. 5, 2024), consisting of pages 1, 5, and 13-17, which contain the passages cited in the Opposition.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the Consent Order in In re Hello Digit, LLC, File No. 2022-CFPB-0007 (Aug. 10, 2022), consisting of pages 1, 6-8, and 13-15, which contain the paragraphs cited in the Opposition.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the Consent Order in In re Bank of America, N.A., File No. 2022-CFPB-0004 (July 14, 2022), consisting of pages 1, 9-12, and 16-21, which contain the paragraphs cited in the Opposition.

5. Attached as Exhibit 4 is a true and correct copy of the Order in Slawin v. Bank of America Merchant Services, No. 1:19-cv-04129-AT, Dkt. No. 197 (N.D. Ga. Sept. 24, 2025).

6. Attached as Exhibit 5 is a true and correct copy of the Order in Slawin v. Bank of America Merchant Services, No. 1:19-cv-04129-AT, Dkt. No. 47 (N.D. Ga. Sept. 30, 2020).

7. The complete consent orders are publicly available on the website of the Consumer Financial Protection Bureau. The complete Van decision and the decision in Sylvester v. Parexel International LLC, ARB No. 07-123, which the Opposition also cites, are publicly available on the website of the Department of Labor's Administrative Review Board.

8. McInerney v. Regents of the University of California, No. B339467 (Cal. Ct. App. Sept. 18, 2026), which the Opposition also cites, is attached to Defendant's motion papers as Exhibit B to the Declaration of Katherine S. Catlos (Dkt. 21-2) and is not reproduced here.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2026.

Jonathan Beacher
Plaintiff in Pro Se